ETTA HYMAN, Appellant, v. JOSEPH L. HYMAN, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of MABELL W. CARMAN, Deceased. EUGENE CARMAN and Others, Appellants; CITIZENS TRUST COMPANY OF PATCHOGUE, as Executor, etc., Respondent.— Decree of the Surrogate's Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of TIMOTHY F. CARROLL, Respondent, for a Mandamus Order against TIMOTHY MURRAY, Commissioner of Assessment and Taxation of the City of Yonkers, New York, Appellant.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs. Order denying motion to set aside verdict and order denying motion to dismiss alternative mandamus order unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application for the Removal of BENNETT DE BEIXEDON, as Trustee, etc., of DANIEL K. DE BEIXEDON, etc. MIRIAM DE B. PENFIELD and SARA DE B. MANGEL, Appellants; BENNETT DE BEIXEDON, Respondent.— Decree of the Surrogate's Court of Suffolk county unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

In the Matter of the Estate of PAUL B. RHODES, Deceased. HAZEL RHODES, Appellant; KATHERINE S. RHODES, as Admini stratrix, etc., Respondent.— Decree Appellant; KATHERINE S. RHODES, as Administratrix, etc., Respondent.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

as Executor, etc., of MARY DAVIES, Deceased. HERBERT C. SMITH, Executor, Appellant; RESTITUTO R. RODRIGUEZ and CHARLOTTE RODRIGUEZ, Respondents.— Decrees of the Surrogate's Court of Rockland county unanimously affirmed, with costs to each claimant payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

CHARLES KWIATKOUSKY, an Infant, by JOHN KWIATKOUSKY, His Guardian ad Litem, Respondent, v. JOHN NADOLNY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. Defendant was not negligent. The infant plaintiff, if *sui juris*, was negligent as matter of law. If *non sui juris*, the negligence of his mother in permitting him to touch the meat-grinding machine was imputable to him. (See *Connelly* v. *Carrig*, 244 N. Y. 81, where in all essential respects the facts are similar.) Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

JOHN KWIATKOUSKY, Respondent, v. JOHN NADOLNY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon authority of *Kwiatkousky* v. *Nadolny* (*ante*, p. 832), decided herewith. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.